PER CURIAM.

(No. 74-CC-842—

OFFICE EQUIPMENT COMPANY OF CHICAGO, Claimant, *vs.*
STATE OF ILLINOIS, INDUSTRIAL COMMISSION, Respondent.

*Opinion filed July 19, 1974.*

OFFICE EQUIPMENT COMPANY OF CHICAGO, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.